**Dismiss and Opinion Filed September 28, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00178-CV**

**LAURIE HUTCHESON, Appellant**
**V.**
**GERALDINE RIVERA CAMPO, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-05686-D**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Breedlove

Appellant's brief in this case is overdue. On July 25, 2023, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c). To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c).

230178f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAURIE HUTCHESON, Appellant

No. 05-23-00178-CV     V.

GERALDINE RIVERA CAMPO, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas Trial Court Cause No. CC-22-05686-D.

Opinion delivered by Justice Breedlove. Justices Partida-Kipness and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 28th day of September, 2023.